**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| **HUMBERTO AGUILAR CAMPUZANO**, : | |
| : | |
| Movant, : | |
| : | Criminal Action No. 3:01-cr-25 (HL) |
| v. : | Civil Action No. 3:05-cv-36(HL) |
| : | |
| **UNITED STATES OF AMERICA**, : | |
| : | |
| Respondent. : | |
| _____ | |

# **ORDER**

The Report and Recommendation of United States Magistrate Judge G. Mallon Faircloth, entered May 16, 2005, [doc 170] in the above-captioned case, is before the Court. Movant Humberto Aguilar Campuzano has not filed written objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1).[1]  After careful consideration of the Report and Recommendation, the Court finds no error in the decision of the Magistrate Judge. Accordingly, the Court hereby accepts the Recommendation and adopts it as the Order of the Court.  The Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [doc 168]

---

[1] Campuzano filed a document styled as a "Motion for an Appeal" [doc 172], which the Clerk docketed as Objections to the Report and Recommendation.  However, because no argument was presented in the "Motion for Appeal," the Court is of the opinion that the document was intended as a Notice of Appeal and not as Objections to the Report and Recommendation.  Therefore, when final judgment is entered in this case, the Clerk is directed to treat the "Motion for an Appeal" as a Notice of Appeal, and it shall be deemed filed on the date of entry of judgment.  *See* Fed. R. App. P. 4(a)(2).

is denied.

**SO ORDERED**, this the 20th day of June, 2005.

<u>s/   Hugh Lawson</u>
**HUGH LAWSON, JUDGE**

mls